```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    19cv9270 (DLC)
ALPHA CAPITAL ANSTALT,                :
                                      :    PRETRIAL
                                      :    SCHEDULING ORDER
                    Plaintiff,        :
                                      :
        -v-                           :
                                      :
INTELLIPHARMACEUTICS INTERNATIONAL    :
INC., ISA ODIDI, AMINA ODIDI, and     :
ANDREW PATIENT,                       :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2020

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on February 28, 2020, the following schedule shall govern the further conduct of pretrial proceedings in this case:

The parties are instructed to contact the chambers of Magistrate Judge Cott by **March 2, 2020** in order to pursue settlement discussions under his supervision on or before **April 17, 2020**.

SO ORDERED:

Dated:      New York, New York
            February 28, 2020

                                  _____
                                          DENISE COTE
                                  United States District Judge