USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALPHA CAPITAL ANSTALT,

        Plaintiff,

   -v-

INTELLIPHARMACEUTICS INTERNATIONAL INC., *et al.*,

        Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-9270 (DLC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    By Order dated March 3, 2020 (Dkt. No. 27), the Court scheduled a settlement conference in this case for **April 23, 2020** at **10:00 a.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. As corporate representatives on both sides have already been permitted to appear telephonically, given the state's extension of the current stay-at-home policy, counsel for the parties should also appear by telephone. Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). Using the conference line system, the Court will begin the settlement conference in joint session with all parties on the line before breaking into private session and speaking to the parties individually, as the technology the Court is using should be able to facilitate breakout sessions with each side. All of the other terms of the March 3 Order are hereby incorporated by reference.

    **SO ORDERED.**

Dated: New York, New York
       March 31, 2020

_____
JAMES L. COTT
United States Magistrate Judge