UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALPHA CAPITAL ANSTALT,<br><br>          Plaintiff,<br><br> -against-<br><br>INTELLIPHARMACEUTICS INTERNATIONAL INC., ISA ODIDI, AMINA ODIDI, and ANDREW PATIENT,<br><br>          Defendants. | Case No. 19-cv-09270 (DLC) |

---

## NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Statement of Undisputed Facts pursuant to Local Rule 56.1, Declaration of Dr. Sunita Surana, and Declaration of Chloe S. Booth, and exhibits thereto, executed on January 15, 2021, Defendants Intellipharmaceutics International Inc., Dr. Isa Odidi, Dr. Amina Odidi, and Andrew Patient, move this Court, before the Honorable Denise L. Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 56(a) granting summary judgment in favor of Defendants on all claims asserted in Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated June 19, 2020 (ECF No. 33), Plaintiff's opposition papers, if any, shall be due by February 5, 2021; Defendants' reply papers, if any, shall be due by February 19, 2021.

Dated: January 15, 2021

By: /s/ Steven S. Fitzgerald

Steven S. Fitzgerald
Chloe S. Booth
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
sfitzgerald@wmd-law.com
cbooth@wmd-law.com

*Attorneys for Defendants*