# EXHIBIT 2

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ---------------------------------------------X
   ALPHA CAPITAL ANSTALT,
4
                 Plaintiff,
5
          V.    Case No. 19-cv-09270 (DLC)
6
   INTELLIPHARMACEUTICS
7   INTERNATIONAL INC., ISA ODIDI,
    AMINA ODIDI, and ANDREW PATIENT,
8
                 Defendants.
9
   ---------------------------------------------X
10

11

12

13

14        REMOTE DEPOSITION OF ARI KLUGER

15              (Via Zoom)

16              November 2, 2020

17

18

19

20

21

22

23  Reported by:

24  Anita M. Trombetta, RMR, CRR

25  JOB NO. 185982

| Page 2 | Page 3 |
|---|---|
| 1 | 1 |
| 2 | 2  A P P E A R A N C E S: |
| 3 | 3 |
| 4 | 4  HOFFNER |
| 5      November 2, 2020 | 5  Attorneys for Plaintiff and the Witness |
| 6      10:00 A.M. | 6     800 3rd Avenue |
| 7 | 7     New York, New York 10022 |
| 8 | 8  BY:  DAVID HOFFNER, ESQ. |
| 9  Remote Deposition of Ari Kluger, via | 9 |
| 10 Zoom, before Anita M. Trombetta, an RMR, | 10 |
| 11 CRR, and a Notary Public of the State of | 11 WOLLMUTH MAHER & DEUTSCH |
| 12 New York. | 12 Attorneys for Defendants |
| 13 | 13    500 Fifth Avenue |
| 14 | 14    New York, New York 10110 |
| 15 | 15 BY:  STEVEN FITZGERALD, ESQ. |
| 16 | 16    CHLOE BOOTH, ESQ. |
| 17 | 17 |
| 18 | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |

| Page 4 | Page 5 |
|---|---|
| 1 | 1           A. KLUGER |
| 2    IT IS HEREBY STIPULATED AND AGREED | 2  A R I  K L U G E R, |
| 3  by and between the attorneys for the | 3     called as a witness, having been duly |
| 4  respective parties herein, that filing and | 4     affirmed by a Notary Public, was examined |
| 5  sealing be and the same are hereby waived. | 5     and testified as follows: |
| 6    IT IS FURTHER STIPULATED AND AGREED | 6  EXAMINATION BY: |
| 7  that all objections, except as to the form | 7  MR. FITZGERALD: |
| 8  of the question, shall be reserved to the | 8     Q.  I'll ask.  Mr. Kluger, please state |
| 9  time of the trial. | 9  your name and your address for the record. |
| 10    IT IS FURTHER STIPULATED AND AGREED | 10    A.  Ari Kluger, 23 Tammy Road, Spring |
| 11 that the within deposition may be sworn to | 11 Valley, New York 10977. I'm at my home. Do you |
| 12 and signed before any officer authorized | 12 want my business? |
| 13 to administer an oath, with the same | 13    Q.  No, that's perfectly fine. |
| 14 force and effect as if signed and sworn | 14        Who is your current employer, |
| 15 to before the Court. | 15 Mr. Kluger? |
| 16 | 16    A.  LH Financial. |
| 17 | 17    Q.  And what is your role at LH |
| 18 | 18 Financial? |
| 19 | 19    A.  I -- I am a -- involved in diligence |
| 20      - oOo - | 20 with companies that come through our offices as |
| 21 | 21 potential investments. |
| 22 | 22    Q.  Have you ever been deposed before, |
| 23 | 23 Mr. Kluger? |
| 24 | 24    A.  Once, a long time ago. |
| 25 | 25    Q.  And do you remember what matter that |

| | |
|---|---|
| Page 6 | Page 7 |

Page 6

1   A. KLUGER
2  was?
3   A. I believe it had to do with a minor
4  car accident. So --
5   Q. Sorry, I didn't mean to cut you off.
6  So it wasn't in connection with your
7  employment?
8   A. No.
9   Q. How long have you been employed by
10 LH Financial?
11  A. About 20 years.
12  Q. What's your job title, if you know?
13  A. I don't officially have a job title.
14 Analyst, maybe possibly, but it's not an
15 official title.
16  Q. What did you do prior to joining LH
17 Financial?
18  A. This was pretty much my first job.
19  Q. First job out of college or high
20 school?
21  A. College.
22  Q. College. Where did you go to
23 college?
24  A. Brooklyn College.
25  Q. And what did you study?

Page 7

1   A. KLUGER
2   A. Business.
3   Q. Did you get a degree?
4   A. Yes.
5   Q. Was that degree in business?
6   A. Business and finance.
7   Q. And then how did you come about to
8  be employed by LH Financial? Did you respond
9  to an advertisement? Did you know somebody
10 there?
11  A. I knew someone there.
12  Q. Who did you know at LH Financial?
13  A. Solomon Obsfeld.
14  Q. And is Mr. Obsfeld still with the
15 company?
16  A. He passed ten years ago.
17  Q. Who do you report to at LH
18 Financial? In other words, who is your boss?
19  A. Arie Rabinowitz.
20  Q. And does he have a title that you
21 know of?
22  A. No.
23  Q. And what's his role generally?
24  A. He has a similar role.
25  Q. Now, are you familiar with the

Page 8

1   A. KLUGER
2  entity called Alpha Capital Anstalt?
3   A. Yes.
4   Q. What is Alpha Capital?
5    MR. HOFFNER: Objection.
6   A. I believe -- I'm sorry, you broke up
7  a little. I didn't hear what you said. Did
8  someone else say something?
9    MR. HOFFNER: I objected to the
10   question. I didn't mean to throw you off.
11   You can respond.
12  A. My understanding is that Alpha
13 Capital is a -- some sort of corporation/trust.
14  Q. Okay. And I should have explained
15 at the beginning some of the procedure here.
16 Sometimes Mr. Hoffner might object. Unless he
17 directs you not to answer the question, you
18 still need to answer my question to the best of
19 your ability.
20   Okay?
21  A. Okay.
22  Q. And your responses to my question
23 today need to be verbal. You can't nod your
24 head or shake your head in response. It needs
25 to be a verbal response.

Page 9

1   A. KLUGER
2   Okay?
3   A. Okay.
4   Q. And is there anything that would
5  affect your ability to testify truthfully and
6  accurately today, that you're aware of?
7   A. No.
8   Q. You're not on any medications that
9  could affect your ability to testify truthfully
10 and accurately?
11  A. No.
12  Q. Is that right?
13   And we're doing this by video,
14 which -- I'm sure you've been on a million
15 Zooms by now or similar conferences?
16  A. Yes.
17  Q. But you and I need to be careful not
18 to talk over each other, otherwise Anita won't
19 be able to write down what we say.
20   Okay?
21  A. Okay.
22  Q. And we'll be going about an hour at
23 a time. If for some reason you need to take a
24 break before I stop, all I'm going to ask is
25 that you finish the line of questions that's

1     A. KLUGER
2  outstanding or finish the -- answer the
3  question that's outstanding.
4     Is that okay with you?
5  A.  Yes.
6  Q.  So your understanding is that Alpha
7  is a trust of some type.
8     Is it a client of LH Financial?
9  A.  No.
10 Q.  Is it an entity that LH Financial
11 created?
12 A.  No.
13 Q.  What is the relationship, if any,
14 between Alpha and LH Financial?
15 A.  LH Financial simply addresses due
16 diligence and onshore matters on behalf of
17 Alpha Capital.
18 Q.  So LH is a service provider for
19 Alpha?
20 A.  Yes.
21 Q.  Does LH Financial provide services
22 for any other entity?
23 A.  No.
24 Q.  Was LH Financial created to support
25 Alpha Capital?

1     A. KLUGER
2     MR. HOFFNER:  If you know.
3  A.  I don't know.
4  Q.  Does Alpha Capital have investors?
5  A.  I don't know.
6     MR. HOFFNER:  Objection.
7  BY MR. FITZGERALD:
8  Q.  Do you know what the purpose of
9  Alpha Capital is, the business purpose?
10 A.  The business purpose?  You're asking
11 me -- are you asking me to guess what it is or
12 do I know what it is?
13    MR. HOFFNER:  Please do not
14    speculate.  He's asking for your personal
15    knowledge, sir.
16 A.  I'm not -- I don't know.
17 Q.  Is Alpha Capital an investor?
18 A.  Yes.
19 Q.  What type of investments does it
20 invest in?
21 A.  From what I know, public securities
22 and some private securities.
23 Q.  Okay.  I take it those securities
24 include equity securities?
25 A.  Yes.

1     A. KLUGER
2  Q.  Are they all U.S.-based investments
3  or not?
4     MR. HOFFNER:  Objection.
5  A.  No, they're not.  Only U.S. based
6  investments.
7  Q.  Fair enough.
8     Does Alpha Capital make investments
9  in debt securities?
10 A.  Yes.
11 Q.  Does Alpha Capital specialize in any
12 particular sectors, if you know?
13 A.  Not that I'm aware of.
14 Q.  So you testified earlier that you
15 conduct due diligence of companies, and those
16 are of companies that Alpha Capital is
17 considering investing in; is that right?
18 A.  Yes.
19 Q.  Have you ever conducted due
20 diligence of companies for any other entity
21 other than Alpha Capital?
22 A.  No.
23 Q.  Does Alpha Capital regularly invest
24 in pharmaceutical companies?
25 A.  Yes.

1     A. KLUGER
2     MR. HOFFNER:  Objection.
3  BY MR. FITZGERALD:
4  Q.  Can you estimate what -- roughly,
5  proportion of Alpha Capital's portfolio over
6  the last five years has been invested in
7  pharmaceutical companies?
8     MR. HOFFNER:  Objection.  How are
9     you characterizing that?  What's the
10    percentage based on?
11    MR. FITZGERALD:  Holdings.
12    MR. HOFFNER:  I mean, based on the
13    dollar amount of an investment?
14    MR. FITZGERALD:  Yeah, dollar amount
15    of holdings.
16    MR. HOFFNER:  If you know.
17 A.  It would be very difficult for me to
18 answer that question without more information.
19 Q.  Okay.  So it's certainly not
20 100 percent, right?
21 A.  No, it's not 100 percent.
22 Q.  So is it fair to say that Alpha
23 Capital invests in a diverse group of sectors?
24 A.  Yes.
25 Q.  Can you describe for me the top

1  A. KLUGER
2  Capital's purchase of IPC securities and the
3  offering?
4  A. You mean LH Financial's due
5  diligence for Alpha Capital; is that what you
6  mean?
7  Q. Yes.
8  A. Yes.
9  Q. So what did LH Financial do?
10  A. Reviewed the public filings,
11  reviewed the company presentation, met with the
12  CFO. That's about it, that I can remember.
13  Q. Now, can I show you a similar topic
14  for Alpha Capital. Let's look at that. Go
15  back to Tab 1. Sorry we have to go through
16  this, but --
17  A. Okay.
18  Q. -- we might as well be very careful
19  about it. So if you go to the same topic 6 it
20  says, "Any due diligence conducted concerning
21  your purchase of the IPCI securities in the
22  offering."
23      Do you see that?
24  A. Yeah.
25  Q. What due diligence did Alpha Capital

1  A. KLUGER
2  do before it purchased IPCI securities in the
3  offering?
4  A. I don't know.
5  Q. So you're not prepared to answer
6  that question?
7  A. I don't know the answer to that
8  question.
9  Q. Normally when Alpha Capital
10  purchases securities, are they doing it at the
11  recommendation of LH Financial?
12  A. Yes.
13  Q. But you don't know whether they do
14  any additional due diligence on their end; is
15  that right?
16  A. I don't know.
17  Q. And you're not prepared to testify
18  about that as a 30(b)(6) witness?
19  A. I've testified that I don't know.
20  Q. I understand. Is that Alpha
21  Capital's position that it doesn't know whether
22  it did due diligence?
23      MR. HOFFNER: Objection. Why don't
24  we go off the record for a minute, please.
25  We have to have a discussion about this.

1  A. KLUGER
2      (An off-the-record discussion was
3  held at this time. )
4      MR. FITZGERALD: You can put it on
5  the record if you're going to do this in
6  the presence of the witness. If the
7  witness wants to go on --
8      THE WITNESS: Do you want me to step
9  away?
10      MR. FITZGERALD: Yeah, step away.
11  Take a five-minute break.
12      MR. HOFFNER: I'm happy to do this
13  on the record, but quite frankly --
14      (An off-the-record discussion was
15  held at this time. )
16      MR. FITZGERALD: Sorry about that.
17  BY MR. FITZGERALD:
18  Q. Sorry about that, Mr. Kluger. Your
19  counsel and I had a discussion off the record.
20  And we came to an agreement that Alpha Capital
21  is not going to designate you as its 30(b)(6)
22  witness for this deposition.
23  A. Okay.
24  Q. You are just going to proceed and
25  testify in your capacity as an individual

1  A. KLUGER
2  witness and as the corporate representative of
3  LH Financial Services.
4      Okay?
5  A. Okay. Agreed.
6  Q. If you have any questions about what
7  that means, you can ask me to clarify or you
8  can talk to your counsel at a break, okay?
9  A. Okay.
10  Q. Thank you.
11      Let's look at another exhibit.
12      MR. FITZGERALD: Chloe, can you pull
13  up what you have marked as, I guess it's
14  Tab 7, but I assume it's Exhibit 4.
15      MS. BOOTH: All right. It has been
16  moved over.
17      (Kluger Exhibit 4, E-mail Chain,
18  marked for identification.)
19      MR. FITZGERALD: So if you refresh,
20  we should be able to see it.
21  BY MR. FITZGERALD:
22  Q. Do you see Exhibit 4 to your
23  deposition, Mr. Kluger?
24  A. Yes.
25  Q. And if you scroll through it, you'll

Page 42

1    A. KLUGER
2  see the cover e-mail is an exchange between you
3  and Yosef, and you guys are forwarding -- Yosef
4  forwarded something to you.
5       Do you see that?
6    A.  Yes.
7    Q.  The subject is IPCI report, right?
8    A.  Yes.
9    Q.  Do you recognize the document that
10 he forwarded to you?
11   A.  Yes.
12   Q.  What is it?
13   A.  It's an internal report describing
14 the merits and -- you know, of the company.
15   Q.  Who prepared it?
16   A.  Yosef.
17   Q.  Did you review it when he sent it to
18 you?
19   A.  Yes.
20   Q.  Did you consider this in -- well,
21 ultimately LH Financial made a recommendation
22 to Alpha Capital to buy securities in the
23 offering; is that right?
24   A.  Yes.
25   Q.  And did you review this memo before

Page 43

1    A. KLUGER
2  that recommendation was made?
3    A.  Yes.
4    Q.  Who made the recommendation to
5  purchase?
6    A.  Who made the recommendation?
7       MR. HOFFNER:  Objection.  Asked and
8    answered.
9  BY MR. FITZGERALD:
10   Q.  Yeah.  So in other words, who at LH
11 Financial made the recommendation to purchase
12 securities in the offering?
13      MR. HOFFNER:  Objection.
14   A.  I did.
15   Q.  Do you remember how you conveyed
16 that recommendation?
17   A.  I sent this information to
18 Mr. Rabinowitz and he forwarded it on to Alpha.
19   Q.  And when you say "this information,"
20 you mean the information that is in the memo at
21 Exhibit 4?
22   A.  Yes.
23   Q.  So can you explain to me why you
24 thought -- strike that.
25      Can you explain to me why you

Page 44

1    A. KLUGER
2  recommended that Alpha Capital purchase
3  Intellipharmaceutics securities in the
4  offering?  And feel free to reference the memo
5  if that helps you refresh your recollection.
6       MR. HOFFNER:  Do you want to read
7    the memo again?  Please do if that's
8    helpful.
9  BY MR. FITZGERALD:
10   Q.  Yes.  I'm not limiting your review.
11   A.  I made the recommendation based on
12 review of the clinical part of the studies that
13 they were working on and the compelling
14 valuation of the stock.
15   Q.  Okay.
16   A.  As well as the management team with
17 their extensive experience.  That's pretty much
18 it.
19   Q.  And does this memo contain the
20 information that you used to develop your
21 recommendation or was there other information
22 that you relied upon?
23      MR. HOFFNER:  Objection.  He didn't
24   draft the memo.  He stated already.
25 BY MR. FITZGERALD:

Page 45

1    A. KLUGER
2    Q.  You can answer.
3    A.  Please rephrase the question.
4    Q.  Sure.  So does this memorandum
5  contain the facts that you thought supported a
6  recommendation to purchase Intellipharmaceutics
7  securities or was there some other body of
8  information that you thought supported the
9  purchase?
10   A.  This summarizes it.
11   Q.  Fair enough.  So if you look at the
12 merits section, it's on the page that ends in
13 178.
14      Do you see that?
15   A.  Yes.
16   Q.  You write:  "The clinical part of
17 studies to provide proof of abuse-deterrent
18 claims via intranasal and oral administration
19 has been completed and the statistical analysis
20 is currently underway."
21      So a layperson that doesn't study
22 pharmaceutical companies, can you explain what
23 that means?
24      MR. HOFFNER:  Objection.  He's not
25   the author of this report.

1    A. KLUGER
2    A.   Do you still want me to answer this?
3    Q.   You can answer.  The answer might
4  be --
5    A.   Do you want -- do you want me to
6  just explain what this means or --
7    Q.   Yeah, that would be helpful?
8    A.   It basically says that the clinical
9  studies were underway and the NDA, which is the
10  next phase in forward -- you know, moving
11  forward on clinical studies is expected to
12  be submitted -- actually resubmitted in this
13  case -- and that's -- that's a milestone.  It's
14  an important milestone in a drug's life in how
15  it's brought to market.
16    Q.   So there was an important drug
17  application before the FDA; is that right?
18    A.   That was what was expected, yeah.
19    Q.   And do you know what drug it was?
20    A.   I don't recall.
21    Q.   Was it related to pain relief?
22    A.   I believe so.
23    Q.   Was it a safe version of something
24  like oxycodone or something like that?
25    A.   Yes, I believe so.

1    A. KLUGER
2    Q.   And then what does "NASDAQ listed
3  with a compelling valuation" mean?
4         MR. HOFFNER:  Objection.
5    A.   It means that it is listed on
6  NASDAQ, some of the securities that we purchase
7  are not listed on NASDAQ.  They're listed on
8  the bulletin boards.  NASDAQ -- the fact that
9  it's listed on NASDAQ is a merit.
10        And compelling valuation, I think
11  you understand what that means.
12    Q.   Now, the next bullet says, "Strong
13  management team with extensive experience in
14  the pharmaceutical industry."
15        And that included the company's COO
16  and CEO, the Odidis, right?
17    A.   It includes the entire management
18  team.
19    Q.   And who is that?
20    A.   The Odidis and the CFO.
21    Q.   The next bullet says:  "Founders
22  have continuously funded the company."
23        Do you see that?
24    A.   Yeah.
25    Q.   Who does that refer to?

1    A. KLUGER
2    A.   The Odidis.
3         MR. HOFFNER:  I just said, if you
4    know, sorry.
5  BY MR. FITZGERALD:
6    Q.   Now, the Odidis, they were part of
7  the management team that was in charge of
8  developing drugs and getting them approved,
9  right?
10    A.   Yes.
11    Q.   So what was the importance of the
12  CFO's role, if you know, of the company?
13    A.   Manages the finances of company.
14        MR. HOFFNER:  Objection.
15    A.   That's probably one of the most
16  important parts when you're dealing with a
17  drug.
18    Q.   Why?
19    A.   Because without proper finances you
20  can't continue to develop the drugs.
21    Q.   Okay.  Did -- so did Andrew Patient
22  bring any expertise relating to drug
23  formulation to the company?
24    A.   I don't remember.  He was quite --
25  he was knowledgeable about the drugs though.

1    A. KLUGER
2    Q.   What made you think that?
3    A.   I discussed it with him at length.
4    Q.   How long did you discuss it with
5  him?
6    A.   Probably for an hour.
7    Q.   And that was during the road show
8  meeting that you mentioned earlier?
9    A.   Yes.
10    Q.   So let's look at the risks that are
11  identified here.
12        So one risk was declining revenue,
13  right?
14    A.   Yes.
15    Q.   What is delisting risk?
16    A.   Well, one of the merits was the fact
17  that it was listed on NASDAQ.  If it drops
18  below a dollar, there is a risk that it could
19  get delisted from NASDAQ and traded on the
20  bulletin boards.
21    Q.   Why is that a merit?  Is it a merit
22  to be listed on NASDAQ because it's more
23  liquid?
24    A.   That's one of the merits.
25    Q.   Now, it says, "potential dilution

1  A. KLUGER
2  MS. BOOTH: The document has been
3  added.
4  MR. FITZGERALD: Great.
5  BY MR. FITZGERALD:
6  Q. If you refresh, you should see it,
7  it's Exhibit 5 to your deposition, Mr. Kluger.
8  And it's an e-mail chain that the originating
9  e-mail is from Noam Rubinstein to a list
10  including yourself.
11  Do you see that?
12  A. Yes.
13  Q. And it's -- the subject line is:
14  Intellipharmaceutics International IPCI
15  registered public offering.
16  And in the e-mail -- it's not
17  attached to this version of the e-mail. It
18  says: "Attached please find updated
19  preliminary prospectus for your review."
20  Do you see that?
21  A. Yeah.
22  Q. And then he -- did you ever review
23  the preliminary prospectus. Do you recall
24  reviewing it?
25  A. I don't recall.

1  A. KLUGER
2  Q. Do you see the information in
3  Mr. Rubinstein's e-mail?
4  A. Yeah.
5  Q. Do you recall reviewing this e-mail?
6  A. Yeah.
7  Q. You do?
8  A. Just -- yeah.
9  Q. Okay. I only asked because you
10  broke up a little and I couldn't hear you that
11  well.
12  Now, he writes in the second
13  paragraph of his e-mail to you: "We are
14  targeting to price tonight subject to S-1
15  effectiveness. Please confirm your indication
16  of interest for $2 million in the offering."
17  Do you see that?
18  A. Yes.
19  Q. And then you write : "Confirmed."
20  Do you see that?
21  A. Yes.
22  Q. So was this the communication where
23  you confirmed that LH Financial would purchase
24  $2 million of securities in the offering? Is
25  this the communication with the underwriter in

1  A. KLUGER
2  which you did that?
3  A. Yes.
4  MR. HOFFNER: Objection. LH wasn't
5  purchasing any, Steven. I don't know if
6  you understand that.
7  MR. FITZGERALD: I think I said on
8  behalf of Alpha.
9  MR. HOFFNER: You didn't, but that's
10  fine.
11  BY MR. FITZGERALD:
12  Q. All right.
13  So assuming it was effective, LH was
14  committed to purchase up to $2 million of
15  securities in the offering on behalf of Alpha
16  Capital as of October 11, 2018; is that right?
17  A. At the time of that e-mail, yeah.
18  Q. Got it. So then the next exhibit
19  I'd like to show you is --
20  MR. FITZGERALD: Chloe, it's Tab 8.
21  (Kluger Exhibit 7, E-mail Chain,
22  marked for identification.)
23  MS. BOOTH: The document has been
24  uploaded.
25  MR. FITZGERALD: Great.

1  A. KLUGER
2  BY MR. FITZGERALD:
3  Q. So if you refresh, you'll see
4  Exhibit 7 to your deposition is an e-mail
5  chain. So if you go to the second page of
6  Exhibit 7, there is an e-mail from you to a
7  number of people. Maybe I'll ask you to walk
8  through who they are. So if you see -- you
9  sent it to an address: info@alphacapital?
10  MR. HOFFNER: Steven, it's
11  Mr. Rabinowitz's e-mail.
12  MR. FITZGERALD: Oh, I'm sorry. I'm
13  sorry about that. I just looked at Ari and
14  stopped there. Sorry about that.
15  BY MR. FITZGERALD:
16  Q. So Mr. Rabinowitz sent an e-mail
17  to -- all right. You weren't copied on this.
18  So Mr. Rabinowitz took the recommendation to
19  Alpha Capital.
20  Is that consistent with your
21  understanding?
22  A. Yes.
23  Q. And he took that recommendation to
24  them on October 11th, right?
25  A. Yeah.

1   A. KLUGER
2   Q. And got approval the next day on
3   October 12th, right?
4   A. Yeah.
5   Q. Okay. And in Mr. Rabinowitz's
6   e-mails, he writes: "Please see attached new
7   deal. This is a shelf being done at really low
8   valuation. We are recommending $2 million."
9       Do you see that?
10  A. Yes.
11  Q. So now I'm going to ask you, in your
12  capacity as a corporate representative of LH
13  Financial, did you convey any other information
14  to Alpha Capital concerning your recommendation
15  to purchase a new offering?
16  A. No.
17      MR. HOFFNER: Just to be clear,
18  there is an attachment to this e-mail
19  that's not included as part of the exhibit,
20  correct?
21      THE WITNESS: Yeah.
22      MR. FITZGERALD: Where do you see
23  that?
24      MR. HOFFNER: Well, it says, "Please
25  see attached new deal." There is nothing

1   A. KLUGER
2   attached to this exhibit.
3   BY MR. FITZGERALD:
4   Q. Do you know what that attachment
5   would be, Mr. Kluger?
6   A. I don't know for certain, but I
7   presume it's that memo that I sent.
8   Q. The memo that we discussed earlier?
9   A. Yes.
10  Q. Okay. Got it.
11      So aside from the memo and this
12  e-mail, as the corporate representative of LH
13  Financials were there -- LH Financial, were
14  there any other discussions with individuals
15  from Alpha Capital concerning LH's
16  recommendation to purchase the offering?
17      MR. HOFFNER: Objection.
18  A. Not that I'm aware of.
19  Q. Got it. Thank you. We can set that
20  one aside.
21      One of the topics -- and we can pull
22  it up in the deposition notice of LH Financial.
23  Your discussions and communications concerning
24  the offering and the purchase of IPCI
25  securities, IPCI, or Andrew Patient with Alpha

1   A. KLUGER
2   Capital.
3       Do you recall having any discussions
4   with -- strike that.
5       In your capacity as a corporate
6   representative of LH Financial, did LH
7   Financial have any discussions concerning
8   Andrew Patient, other than the memorandum that
9   you believe you forwarded -- or that
10  Mr. Rabinowitz -- you believe Mr. Rabinowitz
11  forwarded and with Alpha Capital?
12  A. No.
13      (Kluger Exhibit 9, Company
14  Presentation, marked for identification.)
15      MR. FITZGERALD: Let's mark what I
16  have as Tab 3, Chloe.
17      MS. BOOTH: Document has been
18  uploaded.
19      MR. FITZGERALD: Okay.
20  BY MR. FITZGERALD:
21  Q. So if we refresh it, we're going to
22  see Exhibit 8.
23      MS. BOOTH: It's Exhibit 9,
24  actually.
25      MR. FITZGERALD: Sorry. We've taken

1   A. KLUGER
2   it out of order.
3   BY MR. FITZGERALD:
4   Q. Do you recognize Exhibit 9?
5   A. It looks to me like the company
6   presentation.
7   Q. And are you just basing that on, you
8   know, your familiarity with these types of
9   presentations or do you have an actual
10  recollection of this being used during the
11  meeting that you had with IPCI?
12  A. I'm going based off the way typical
13  presentations look, not off an actual
14  recollection.
15  Q. Now, you testified earlier that
16  there was a meeting, Mr. Patient attended it,
17  right?
18  A. Yes.
19  Q. And do you recall when you set that
20  meeting up, did you believe that Dr. Isa Odidi
21  would also attend?
22  A. Yes.
23  Q. And tell me what you recall about
24  that meeting?
25  A. The meeting with Mr. Patient?

```
                                    Page 62                                        Page 63
 1         A. KLUGER                                  1         A. KLUGER
 2    Q.  Yeah, the road show meeting.                2    Q.  And who attended?
 3    A.  We discussed the company.  We               3    A.  Myself, Mr. Patient, and I don't
 4  discussed its initiatives, what it was going to   4  remember if there was anybody else.  I don't
 5  be doing with the money, how we would be          5  remember if Yosef was there.
 6  spending the money, and some details around the   6    Q.  How about -- was there a
 7  drugs, an overall -- it was an instruction and    7  representative from the underwriter?
 8  an overall review of the company and its          8    A.  Yes, I just don't recall who.
 9  going-forward initiatives.                        9    Q.  Fine.  Do you remember any of the
10        MR. HOFFNER:  There was some               10  questions that you asked during that meeting?
11    additional voices in the background.  I       11    A.  Specifically, I don't remember the
12    don't know where that's coming from, but      12  words that I used for the questions, but I do
13    can someone address that?                     13  remember asking about the company, asking about
14        THE WITNESS:  I think it's probably       14  some of its -- the drugs that they were -- that
15    from me.  Hang on a second.                   15  they had in their pipeline, and I asked for the
16        MR. HOFFNER:  Okay.                       16  use of funds, what the funds would be used for.
17        (An off-the-record discussion was         17    Q.  Did you ask why Dr. Isa Odidi did
18    held at this time.)                           18  not attend the meeting?
19  BY MR. FITZGERALD:                              19    A.  Yes.
20    Q.  So earlier you mentioned that the         20    Q.  Were you told why?
21  meeting was in your office?                     21    A.  They had said he was traveling --
22    A.  Yes.                                      22  not they, Andrew -- that he was traveling.
23    Q.  It was in a conference room or in         23    Q.  And were you upset that Dr. Odidi
24  your actual workspace?                          24  didn't attend the meeting?
25    A.  Conference room.                          25        MR. HOFFNER:  Objection.

                                    Page 64                                        Page 65
 1         A. KLUGER                                  1         A. KLUGER
 2    A.  I don't remember.                           2    A.  I don't recall.
 3    Q.  Would you have asked more detailed          3        MR. FITZGERALD:  Chloe, can you pull
 4  questions if Dr. Odidi had attended the           4    up Tab 14.  I don't know what you have that
 5  meeting?                                          5    marked as.  Before you do that, you can
 6        MR. HOFFNER:  Objection.                    6    bring it into the folder, but I want to
 7    A.  Ask more detailed questions?  I             7    talk a little bit more about Exhibit 9.
 8  would have --                                     8    Sorry about that, Mr. Kluger.
 9        MR. HOFFNER:  It's a hypothetical.          9  BY MR. FITZGERALD:
10    If you can answer that, go ahead.              10    Q.  So if you scroll through and you go
11    A.  I don't know.  I have no idea.             11  to the fifth slide.
12    Q.  Yeah, okay.  Fine.                         12        MR. HOFFNER:  Corporate highlights
13        And you said the meeting went about       13    at the top?
14  an hour?                                         14  BY MR. FITZGERALD:
15    A.  I don't remember exactly, but yeah,        15    Q.  Yes, sir.  Do you see that,
16  approximately.                                   16  Mr. Kluger?
17    Q.  And after that meeting -- well --          17    A.  Yeah.
18  strike that.                                     18    Q.  And then it talks about products in
19        Before the meeting, had you decided       19  the pipeline, right?
20  that if the meeting went well, you would         20    A.  Yeah.
21  recommend the purchase of the securities in the  21    Q.  And that was part of your investment
22  offering?                                        22  thesis and recommendation, that the company had
23    A.  I don't remember.                          23  products in the pipeline, right?
24    Q.  What were your impressions after the       24    A.  Yes.
25  meeting, if you recall?                          25    Q.  On the next slide, slide 6, did you
```

```
                                                    Page 66                                                     Page 67
 1         A. KLUGER                                             1         A. KLUGER
 2   take into consideration the number of issued                2   Regabatin XR.
 3   patents that the company held in your                       3        Do you see that?
 4   investment theses. Was that important to you?               4   A.   Yeah.
 5        MR. HOFFNER: Objection.                                5   Q.   Do you know what that is?
 6   A.   Yeah.                                                  6   A.   I don't recall.
 7   Q.   What's an ANDA approval, if you                        7   Q.   So if you scroll through the slides,
 8   know?                                                       8   does it refresh your recollection about
 9   A.   I'm not sure what the A is.                            9   anything that occurred during the meeting?
10   Q.   Okay.                                                 10   And I'm not asking you to do a detailed review.
11        What is the NDA approval?                             11   I'm just looking to see if I can jog your
12   A.   What does it stand for?                               12   memory.
13   Q.   Yeah, sorry. I don't know either?                     13        MR. HOFFNER: Objection.
14   A.   New drug approval.                                    14   A.   I remember discussing these
15   Q.   New drug approval. Okay.                              15   different drugs in the pipeline.
16   A.   It's application. New drug                            16   Q.   Okay. That's all I have on that.
17   application. Sorry. Sorry -- A is probably                 17   You can put it away. So if we go to the
18   amended, but I don't know.                                 18   document I asked --
19   Q.   So it appears that they had a                         19        (Kluger Exhibit 16, E-mail to Yosef
20   product called oxycodone ER.                               20        Milgrom dated October 29, 2018, marked for
21        Do you see that; does that refresh                    21        identification.)
22   your recollection as to one of the drugs in the            22        MR. HOFFNER: Refresh?
23   pipeline?                                                  23        MR. FITZGERALD: Yes, hit refresh.
24   A.   Yeah.                                                 24        MS. BOOTH: I'm sorry. Which one was
25   Q.   And how about that other drug                         25        that again?

                                                    Page 68                                                     Page 69
 1         A. KLUGER                                             1         A. KLUGER
 2        MR. FITZGERALD: Tab 14.                                2        Do you see that?
 3        MS. BOOTH: Document has been                           3   A.   Okay.
 4        uploaded.                                              4   Q.   Do you see it?
 5   BY MR. FITZGERALD:                                          5   A.   Yeah.
 6   Q.   So hit refresh and we're going to                      6   Q.   And you wrote: "Was is Andrew
 7   see what has been previously marked as                      7   Patient."
 8   Exhibit 16, which we've marked as Defendant's               8        Do you see that?
 9   Exhibit 16 for today.                                       9   A.   Yes.
10        MR. HOFFNER: Okay. So we're going                     10   Q.   You probably meant to write: Was it
11        out of order.                                         11   Andrew Patient, right?
12        Is it too late to just give an                        12   A.   Probably.
13        exhibit number -- a continuous exhibit                13   Q.   So -- so later in the month you
14        number?                                               14   couldn't recall specifically who you met with
15        MR. FITZGERALD: Yes, sorry. The                       15   from IPCI; is that right?
16        way we had to do this just because we are             16   A.   Not who, but maybe what his name
17        coordinating marking these from other                 17   was.
18        places.                                               18   Q.   So why did you send this e-mail to
19   BY MR. FITZGERALD:                                         19   Mr. Milgrom?
20   Q.   So on October 29, 2018, you wrote --                  20   A.   I don't remember.
21   well, you sent an e-mail to Mr. Milgrom.                   21   Q.   So you couldn't remember Andrew
22        Do you see that?                                      22   Patient's name later on?
23   A.   Yeah.                                                 23        MR. HOFFNER: (Inaudible.)
24   Q.   And the subject is: "Who did we                       24   A.   It's possible. I meet CFOs and
25   meet from IPCI?"                                           25   CEOs.
```

|  | Page 74 |  | Page 75 |
|---|---|---|---|
| 1 | A. KLUGER | 1 | A. KLUGER |
| 2 | In 2018, do you know how many | 2 | MS. BOOTH: The document has been |
| 3 | positions you recommended purchasing? | 3 | uploaded. |
| 4 | A. No. | 4 | BY MR. FITZGERALD: |
| 5 | Q. How about in the last year, do you | 5 | Q. This one is Exhibit 13, again. I'm |
| 6 | know roughly how many positions you've | 6 | sorry. We're going a little bit out of order. |
| 7 | recommended purchasing? | 7 | This -- feel free to scroll through |
| 8 | A. In the last year? | 8 | it, but Defendant's Exhibit 13 is an e-mail |
| 9 | Q. Yeah. | 9 | chain. It attaches? |
| 10 | A. In 2020. | 10 | MR. HOFFNER: I'm sorry, I don't |
| 11 | Q. If that's helpful. | 11 | have this yet. |
| 12 | A. It would be a guess, but I would say | 12 | MR. FITZGERALD: Did you refresh? |
| 13 | about ten -- ten or 12. | 13 | MR. HOFFNER: I did. |
| 14 | Q. Okay. And is that less | 14 | THE WITNESS: I have it. It's the |
| 15 | recommendations than you'd normally made in | 15 | one before we just did. |
| 16 | years past, or more relative to -- | 16 | MR. HOFFNER: Oh, okay. I'm sorry. |
| 17 | MR. HOFFNER: Objection. | 17 | Got it. |
| 18 | A. Every year is different. It's very | 18 | BY MR. FITZGERALD: |
| 19 | hard to say. Based on market conditions and, | 19 | Q. Mr. Kluger, this attaches the |
| 20 | you know, companies that we see. | 20 | prefunded common share purchase warrant |
| 21 | Q. All right. | 21 | agreement relating to the Intellipharmaceutics |
| 22 | MR. FITZGERALD: Chloe, mark Tab 9, | 22 | offering. I'm not going to ask you questions |
| 23 | please. | 23 | about that. |
| 24 | (Kluger Exhibit 13, E-mail Chain, | 24 | A. Okay. |
| 25 | marked for identification.) | 25 | Q. I'm really going to focus on the top |

|  | Page 76 |  | Page 77 |
|---|---|---|---|
| 1 | A. KLUGER | 1 | A. KLUGER |
| 2 | e-mail that's from you to Marianna -- Marina? | 2 | A. Yes, mm-hmm. |
| 3 | A. Marina. | 3 | Q. Do you remember how many? And if |
| 4 | Q. Marina Portnoy? | 4 | you don't, that's fine. We will look at a |
| 5 | A. Portnoy. | 5 | document later on that will show us how many, |
| 6 | Q. Who is she? | 6 | but do you remember sitting here today how |
| 7 | A. She works at the office. | 7 | many -- |
| 8 | Q. And what's her role, generally? | 8 | A. I don't remember the exact amount, |
| 9 | A. Assistant, I'd say. | 9 | no. |
| 10 | Q. And on October 12, was the date of | 10 | Q. And what was a unit; do you |
| 11 | the offering, right? | 11 | remember? |
| 12 | A. I don't remember, but if that's what | 12 | A. Looking back now at this document, I |
| 13 | it was. | 13 | see that it's a warrant and a prefunded |
| 14 | Q. Okay. I'm not -- | 14 | warrant. |
| 15 | A. I don't have it written down in | 15 | MR. HOFFNER: Let me just direct the |
| 16 | front of me. | 16 | witness. If you're just reading the |
| 17 | Q. That's fine. | 17 | document, you're not testifying, and just |
| 18 | The -- you write: "Please put in | 18 | make clear you're just reading the |
| 19 | two separate exercises for 250K warrants each." | 19 | document. He's asking you for your |
| 20 | Do you see that? | 20 | independent recollection. |
| 21 | A. Yes. | 21 | A. Yeah, so I recollected that it was |
| 22 | Q. Let's talk a little bit more about | 22 | a -- after reading the documents, I recollect |
| 23 | the structure of this transaction. When -- you | 23 | that there was a prefunded warrant and a |
| 24 | acquired units, right, or LH Financial acquired | 24 | warrant. |
| 25 | them on behalf of Alpha Capital, right? | 25 | Q. Right. And what does that mean? |

1  A. KLUGER
2  A. Since there are a certain amount of
3  shares outstanding and an investor can't exceed
4  a certain ownership level, they sell something
5  called a prefunded warrant which allows you to,
6  after the offering is completed, get common
7  shares as you exercise them.
8  Q. So why can't an investor take a
9  position over a certain percentage?
10  MR. HOFFNER: Objection.
11  A. An investor doesn't want to be
12  deemed an insider and over 10 percent would be
13  deemed an insider.
14  Q. So they were structured so you
15  wouldn't be considered a shareholder until you
16  exercised a warrant; is that right?
17  MR. HOFFNER: Objection.
18  A. Yes.
19  Q. The holder of the unit had the right
20  to exercise that warrant for a price, right?
21  A. Yes.
22  Q. And that price was one cent for each
23  share, correct?
24  A. Yes.
25  Q. So why was LH, on behalf of Alpha

1  A. KLUGER
2  Capital, exercising warrants shortly after it
3  acquired the units?
4  A. To own shares.
5  Q. Okay. And why did LH Financial, on
6  behalf of Alpha Capital, want to own shares
7  shortly after the offering?
8  A. We were purchasing shares in the
9  company. That's -- we were purchasing -- not
10  we. Alpha Capital was purchasing shares in the
11  company and it wanted to have shares in its
12  account.
13  Q. Did Alpha -- strike that.
14  Didn't Alpha sell securities shortly
15  after it exercised the warrants?
16  MR. HOFFNER: Objection.
17  A. I didn't hear the question. Please
18  repeat it.
19  Q. Sorry. Shortly after Alpha
20  exercised these warrants, did Alpha sell the
21  shares that it acquired?
22  A. I don't recall. It may have.
23  Q. Let's look at those sheets that we
24  talked about earlier.
25  MR. FITZGERALD: Chloe, I think

1  A. KLUGER
2  it's Tab 23.
3  (Kluger Exhibit 10, Sales Ledger,
4  marked for identification.)
5  MS. BOOTH: The document has been
6  uploaded.
7  BY MR. FITZGERALD:
8  Q. So if you hit refresh. So it's ten.
9  It will be the tenth document in this share
10  file.
11  A. I see it.
12  Q. And it's Exhibit 10 to your
13  deposition.
14  A. It hasn't loaded yet. One second.
15  Q.
16  A. Okay. It's loaded.
17  Q. Do you recognize this document?
18  A. I do.
19  Q. And what is it?
20  A. It's a ledger which shows certain
21  sales of the shares.
22  Q. Does it also show purchases?
23  A. I don't see any purchases on this
24  sheet.
25  Q. Do you know who prepared this

1  A. KLUGER
2  ledger?
3  A. Yes.
4  Q. Who prepared it?
5  A. Mr. Reinhold.
6  Q. I'm sorry, what's Mr. Reinhold's
7  first name?
8  A. Samuel.
9  Q. And is he an employee of LH
10  Financial or Alpha Capital? I know you
11  mentioned this earlier, but I forgot.
12  A. No.
13  Q. What's his role?
14  A. He does the accounting work.
15  Q. Okay. So he's the bookkeeper for LH
16  Financial or Alpha Capital?
17  A. Yes.
18  Q. Both?
19  A. Yes.
20  Q. So are you prepared to testify on
21  behalf of LH Financial as to what this
22  document -- what information is in this
23  document?
24  A. Yes.
25  Q. So if we go to the top, it says:

1    A. KLUGER
2        Now, if you look at Exhibit 10,
3    where do we see that sale or did we see that
4    sale?
5    A.   I don't see it on Exhibit 10.
6    Q.   Okay. And I take it you don't know
7    why it's not on there or if it should be on
8    there?
9    A.   I'm not sure why it wouldn't be on
10   here or if it should be on here.
11   Q.   Okay. Got it.
12        MR. HOFFNER:  I just want to point
13   out to the witness that the document you're
14   referring to is -- is it a document
15   exclusively for the offering shares, that's
16   what it says, that's the title of the
17   document.
18   BY MR. FITZGERALD:
19   Q.   Yes, Exhibit 10 relates to the
20   offering shares. So I guess to address your
21   counsel's speaking objection, is it possible
22   that the securities sold that I've shown you in
23   Exhibit 12, the page ending in 736, they could
24   be securities that were acquired outside of the
25   offering.

1    A. KLUGER
2    A.   Yes.
3    Q.   So let's -- I'm going to circle back
4    to that because we have a list of the
5    securities acquired outside of the offering and
6    we'll see if it's on there, but I want to walk
7    through, because I don't want to ask you to
8    open up three documents at a time because that
9    would be a little unwieldy. So we'll circle
10   back to that.
11       So going back to Exhibit 12 now,
12   which is the brokerage statement.
13   A.   Okay.
14   Q.   I'm going to direct you to page --
15   the page that ends in 671. And we had some
16   sales on 12/5/2018, 12/6/2018, and I guess if
17   you look at the page prior to that, there was
18   one on 12/4 -- no, there is a purchase on
19   12/4/2018.
20       Do you see that?
21   A.   Yeah.
22   Q.   So the purchase on 12/4/2018 was
23   outside of the offering, obviously, right?
24   A.   Yes.
25   Q.   While we're on the subject, why did

1    A. KLUGER
2    LH recommend to Alpha in December of 2018 that
3    it purchase additional shares or -- yeah,
4    shares of Intellipharmaceutics?
5    A.   I don't -- I don't recall the -- the
6    specific reason why LH would have recommended
7    Alpha purchase shares. The only thing I can
8    think of is that it may have possibly been to
9    average down its cost basis.
10   Q.   Why?
11   A.   Why?
12   Q.   Yeah, why would they want to do
13   that?
14       MR. HOFFNER:  Objection.
15   A.   To get a better price on the stock.
16   Q.   How does averaging down the price
17   basis get a better price on the stock?
18   A.   If you purchase stock at a certain
19   price and the stock dips below that price, if
20   you want to lower your cost basis, you would
21   purchase at that lower price thereby bringing
22   the average somewhere in between where you
23   originally purchased the stock and that lower
24   price.
25   Q.   So in other words, the shares were

1    A. KLUGER
2    valued at an attractive price; is that the
3    reason for the purchase?
4        MR. HOFFNER:  Objection.
5    A.   It was priced lower.
6    Q.   Okay. And do you recall when
7    Mr. Patient -- strike that.
8        Do you recall when the company
9    announced that Mr. Patient had resigned?
10   A.   I don't.
11   Q.   Do you know if this purchase was
12   before or after Mr. Patient resigned?
13   A.   I don't know. I don't remember.
14   Q.   Would you have recommended that
15   Alpha purchase shares in Intellipharmaceutics
16   if you had known that Mr. Patient resigned?
17       MR. HOFFNER:  Objection, when?
18   When is your question? What time frame are
19   we talking about?
20   BY MR. FITZGERALD:
21   Q.   Well, in December 2018, would you
22   have recommended that Alpha purchase shares of
23   Intellipharmaceutics if you'd known that
24   Mr. Patient was going to resign?
25       MR. HOFFNER:  Objection.

1 A. KLUGER
2 A. I don't know what the reason is that
3 I asked -- I suggested that Alpha purchase the
4 shares of the company.
5 Q. I'm sorry. I didn't mean to cut
6 off. Please finish.
7 A. One may not have anything to do with
8 the other.
9 Q. So you could have recommended that
10 Alpha purchase shares of Intellipharmaceutics,
11 even if you had known that Mr. Patient was
12 going to resign before the end of 2018, in
13 December 2018?
14 MR. HOFFNER: Objection.
15 A. I don't remember what the reason was
16 for asking to purchase more shares or
17 recommending to purchase more shares.
18 Q. So it's not your testimony that you
19 would not recommend -- strike that.
20 That's too many --
21 So sitting here today, you're not
22 testifying that you would never recommend that
23 Alpha purchase Intellipharmaceutics shares if
24 you had known that Mr. Patient was resigning;
25 is that right?

1 A. KLUGER
2 MR. HOFFNER: Objection. Objection.
3 A. Say that again.
4 Q. Sorry, that was a bad question.
5 Fair enough.
6 So, look, on December 4, 2018,
7 Alpha, at LH's recommendation purchased 161,433
8 shares of Intellipharmaceutics, right?
9 A. Yes.
10 Q. And you're not testifying that you
11 recommended that purchase because Andrew
12 Patient was a good CFO, right?
13 MR. HOFFNER: Objection.
14 A. I'm testifying that I don't remember
15 the reason for me suggesting or recommending
16 that Alpha purchase shares in the open market.
17 Q. Okay. So it's possible that you
18 knew that Mr. Patient was resigning, but you
19 recommended that Alpha purchase the shares
20 anyway, right?
21 MR. HOFFNER: Objection.
22 A. I don't remember.
23 Q. Okay. See if we can get more
24 certain around that.
25 So if we look at Exhibit 10, it

1 A. KLUGER
2 shows that on the 18th of December 2019, there
3 were 12,247 shares that were sold.
4 Do you see that?
5 A. On -- say that -- on which date,
6 what date? December 19th?
7 Q. December 18th --
8 A. 18th, yeah.
9 Q. -- 2019. Do you see that?
10 Exhibit 10 is showing that there were --
11 A. 12,000 --
12 Q. Yeah, 12,247. And we're not seeing
13 that on the brokerage statement.
14 MR. HOFFNER: Is that a question?
15 BY MR. FITZGERALD:
16 Q. Do you see that on the brokerage
17 statement?
18 A. I would have to look.
19 (Document review.)
20 A. I don't see it on this exhibit.
21 MR. HOFFNER: I will say, it's
22 unclear to me -- it could be there is
23 possibly a missing page here because I'm --
24 I'll certainly inquire, because it does
25 seem strange that this document is a

1 A. KLUGER
2 statement through 12/31 stops on 12 --
3 shows a final one on 12/6.
4 MR. FITZGERALD: It may have just
5 been over-redacted. So I think what we did
6 is we took out the totally redacted pages
7 so there weren't extraneous pages. We will
8 have to confirm there wasn't some sort of
9 accident there.
10 MR. HOFFNER: Again, you have made
11 this exhibit. It's unclear to me whether
12 this is the full statement for that month.
13 Obviously there's some missing pages, which
14 is weird, because you've got this -- a
15 final page, so you've pulled out pages. So
16 this is not -- I have to object to this
17 exhibit now because it's missing pages. It
18 may be that there was over-redaction like
19 you said. It may be that there was a
20 nonredacted item that somehow got omitted
21 from here. I can't tell because the pages
22 weren't here.
23 MR. FITZGERALD: Fair enough. We
24 will work it out. Our intention -- we
25 removed the pages that were fully redacted.

```
                                                          Page 114                                                            Page 115
 1         A. KLUGER                                                 1         A. KLUGER
 2   that were acquired in the offering and were                     2   counsel to look into that, and we'll follow
 3   subsequently sold, right?                                       3   up on that.
 4     A.  Yes.                                                      4         MR. HOFFNER:  Look, obviously, it's
 5     Q.  And each spreadsheet showed two                           5   possible that there was an error made by
 6   separate sales on February 22, 2019; is that                    6   the accountant.
 7   right?                                                          7         THE WITNESS:  Yeah.
 8         MR. HOFFNER:  Objection.                                  8         MR. FITZGERALD:  It's possible,
 9   BY MR. FITZGERALD:                                              9   right.  And we should work that out now
10     Q.  I'll fix the question.                                   10   rather than later.
11         Each spreadsheet showed a single                         11   BY MR. FITZGERALD:
12   sale on February 22, 2019, of 119,527 shares,                  12     Q.  While I have you on Exhibit 11, this
13   right?                                                         13   format follows the format of Exhibit 10, right?
14     A.  Yes.                                                     14     A.  Yes.
15     Q.  So between the two spreadsheets,                         15     Q.  So the only -- the format is the
16   there is a disclosure of two separate sales of                 16   same, but instead of indicating that shares
17   119,527 shares on February 22, 2019, right?                    17   were received or delivered, or warrants were
18         MR. HOFFNER:  Objection.                                 18   received or delivered, this shows that shares
19     A.  Yes.                                                     19   were bought, right?
20     Q.  And my question is:  Do you know why                     20     A.  Yes.
21   the brokerage statement doesn't reflect two                    21     Q.  And that's because Alpha wasn't
22   separate sales?                                                22   exercising a warrant related to units acquired
23     A.  No, I don't know why.                                    23   in the offering, right?
24         MR. FITZGERALD:  And I guess I'll                        24     A.  Yes.
25   just put on the record that we'll ask                          25     Q.  It was just buying shares on the

                                                          Page 116                                                            Page 117
 1         A. KLUGER                                                 1         A. KLUGER
 2   open market, right?                                             2     A.  Yes.
 3     A.  Yes.                                                      3     Q.  So it looks like -- I guess we'll do
 4     Q.  So this shows that Alpha acquired                         4   this on the record.  Mr. Kluger, if you look at
 5   279,618 shares on December 3, 2018, right?                      5   Tab 12 and the page that ends in 670, if you
 6     A.  Yes.                                                      6   look at the brokerage statement, it indicates
 7     Q.  And we talked about your                                  7   that 161,433 shares were acquired on
 8   recollection of those -- of those shares.                       8   December 4, 2018, right?
 9         Now, as LH's corporate                                    9         MR. HOFFNER:  What page is that?
10   representative, why did LH recommend that Alpha                10   I'm sorry.
11   acquire those shares in December 2018?                         11         MR. FITZGERALD:  Exhibit 12, ends in
12         MR. HOFFNER:  Objection.  Asked and                      12   670.
13   answered.  We just went through this.                          13         MR. HOFFNER:  670.  Thank you.
14         MR. FITZGERALD:  No, that was in his                     14   BY MR. FITZGERALD:
15   personal capacity.                                             15     Q.  And on the spreadsheet that I gave
16   BY MR. FITZGERALD:                                             16   you at Exhibit 11 shows 279,618, right?
17     Q.  If it's the same as your personal                        17     A.  No.  If you look at the next page
18   capacity say, LH -- as the corporate                           18   there was -- it says two more purchases.
19   representative I give the same testimony,                      19   BY MR. FITZGERALD:
20   something to that effect?                                      20     Q.  Oh, okay.  You're right.  Never
21     A.  As to the corporate representative,                      21   mind.  We'll figure that out.  That's why I
22   I give the same testimony.                                     22   asked you.  Let me make sure I'm done with
23     Q.  So as the corporate                                      23   that.  Okay.  I am.  I'm done with that.  We
24   representative -- your testimony wouldn't be                   24   can thankfully shut these down.
25   any different as LH's corporate representative?                25         I will ask you to go back to 10
```

| | |
|---|---|
| Page 126<br>1   A. KLUGER<br>2  Mr. Patient told you about the drugs that<br>3  Intellipharmaceutics was developing?<br>4       MR. HOFFNER: Objection.<br>5   A.  Specific to the drugs?<br>6   Q.  Yeah.<br>7   A.  He described the timelines that --<br>8  the company was going to try to meet in their<br>9  development of the drug.<br>10   Q.  Did he give you any technical<br>11  information about how the drugs worked or other<br>12  products in the pipeline for<br>13  Intellipharmaceutics?<br>14       MR. HOFFNER: Other than it was in<br>15    the PowerPoint presentation that he<br>16    previously marked?<br>17  BY MR. FITZGERALD:<br>18   Q.  No, just what he -- what you recall<br>19  him telling you, that's all I'm asking.<br>20   A.  He went through the presentation,<br>21  explained the different uses for the drugs, the<br>22  timelines involved in bringing the drugs -- you<br>23  know, getting them approved, bringing them to<br>24  market, the uses of funds that were going to be<br>25  necessary to bring them to market, and how he | Page 127<br>1   A. KLUGER<br>2  would aid and assist in getting that done.<br>3       MR. FITZGERALD: Let's show him<br>4    another one, Chloe. Let's go to Tab 18.<br>5       (Kluger Exhibit 19, E-mail to Isa<br>6    Odidi dated November 28, 2018, marked for<br>7    identification.)<br>8       MR. HOFFNER: Is this a good time<br>9    for a five-minute break since we've been<br>10    going about 50 minutes?<br>11       MR. FITZGERALD: Yeah, sure.<br>12       MR. HOFFNER: Reconvene at 1:25?<br>13       MR. FITZGERALD: 1:25 it is.<br>14       (Recess.)<br>15       MR. FITZGERALD: So Chloe, cue up<br>16    Tab 18.<br>17  BY MR. FITZGERALD:<br>18       MR. FITZGERALD: So Exhibit 19 to<br>19    your deposition, Mr. Kluger, is an e-mail<br>20    dated November 28, 2018, that you sent to<br>21    Isa Odidi, CEO of Intellipharmaceutics.<br>22       Do you see that.<br>23   A.  No. 19?<br>24   Q.  I believe it's No. 19. Let me<br>25  confirm. Yes. |
| Page 128<br>1   A. KLUGER<br>2   A.  Yeah.<br>3   Q.  Okay. Do you remember sending this<br>4  e-mail?<br>5   A.  Yes.<br>6   Q.  Okay. And why did you send this<br>7  e-mail to Dr. Odidi?<br>8   A.  Because I believe it was after the<br>9  CFO had resigned and I had some questions<br>10  surrounding that.<br>11   Q.  Okay. So you wrote, "I was one of<br>12  the investors in the last deal that was done<br>13  through H.C. Wainwright. I never spoke with<br>14  you but met with the company's former CFO,<br>15  Andrew."<br>16       Right?<br>17   A.  Yes.<br>18   Q.  So his resignation had been<br>19  announced at this time, right?<br>20   A.  Yes.<br>21   Q.  And does that refresh your<br>22  recollection as to whether the purchases that<br>23  Alpha Capital made in December 2018 were after<br>24  Mr. Patient resigned?<br>25   A.  Yes. | Page 129<br>1   A. KLUGER<br>2   Q.  And so you did, in fact, recommend<br>3  that Alpha purchase Intellipharmaceutics shares<br>4  after Andrew Patient resigned from<br>5  Intellipharmaceutics, right?<br>6   A.  Yes.<br>7       MR. HOFFNER: Steven, just to<br>8    clarify, I think what -- really what you're<br>9    asking is announce his resignation, because<br>10    as it was announced he was leaving as of<br>11    the year end.<br>12       MR. FITZGERALD: That's not helpful,<br>13    but that's fine.<br>14       MR. HOFFNER: I was just clarifying<br>15    the record.<br>16  BY MR. FITZGERALD:<br>17   Q.  So obviously your recommendation --<br>18  strike that.<br>19       Your recommendation to purchase<br>20  Intellipharmaceutics shares wasn't premised on<br>21  Andrew Patient's continuing to be CFO, was it?<br>22       MR. HOFFNER: Objection.<br>23   A.  Again, I don't remember what the<br>24  reason was for the purchase of the shares.<br>25   Q.  Okay. Do you remember when the |

1    A. KLUGER
2  company announced that Mr. Patient would be
3  resigning, that they also announced that he
4  would be staying on in a consulting capacity?
5    A.  I vaguely recall that.
6    Q.  Was that important to you?
7    A.  No.
8    Q.  Why not?
9    A.  Because the essence of that -- of
10  that point, of that announcement was that he
11  was resigning, not that he was staying on as a
12  consultant.
13   Q.  But you still recommended that Alpha
14  purchase Intellipharmaceutics shares after you
15  knew Patient had resigned, right?
16   A.  Yes.
17      MR. HOFFNER:  Objection.  Same
18    objection as before.
19   A.  Yes, but one has nothing to do with
20  the other, necessarily.
21   Q.  All right.  Do you recall speaking
22  to Dr. Odidi after you sent this e-mail on
23  November 28, 2018?
24   A.  Yes.
25   Q.  When did you speak to him

1    A. KLUGER
2  approximately, relative to this e-mail?
3    A.  That I don't recall.
4    Q.  What did you discuss with Dr. Odidi?
5    A.  I discussed that I was unhappy that
6  the CFO resigned so soon after the deal -- the
7  offering was made.  I wasn't happy that the CFO
8  that presented the company was resigning so
9  soon after the offering was made, and I wanted
10  to know what the company had planned for the
11  future.
12   Q.  And what did he tell you?
13   A.  He said they were working on finding
14  a replacement.
15   Q.  Anything else?
16   A.  I don't remember the exact words
17  that he used, but he made it clear that he was
18  aware that Mr. Patient was leaving at the time
19  that the offering transpired.
20   Q.  And how did he make that clear to
21  you?
22   A.  He said it.  I don't remember how --
23  what the words he used were, but he said it.
24   Q.  What word did he say?
25   A.  I don't remember.

1    A. KLUGER
2    Q.  So what you're saying is you left
3  the conversation with an impression, but you
4  can't tell me what Dr. Odidi said; is that
5  right?
6      MR. HOFFNER:  Objection.
7    A.  I'm saying that he made it very
8  clear that he was aware that at the time of the
9  offering he knew that the CFO was leaving, but
10  I don't know the exact words he used to tell me
11  it.
12   Q.  I'm not asking for the exact words.
13  I'm asking for the best recollection --
14   A.  The best recollection that I have --
15   Q.  Let me get a clean question.
16   A.  Go ahead.
17   Q.  I'm asking you what your
18  recollection is of what he said to you.  I'm
19  not asking for a verbatim transcript.
20   A.  So my answer to that is, is that my
21  recollection is, is that he was -- he was clear
22  that he was knowledgeable that Andrew Patient
23  leaving at the time the offering was happening.
24  And that he was handling it.  He was finding
25  somebody else in the meantime to deal with it

1    A. KLUGER
2  now that he announced it.
3    Q.  So that's the closest you can get to
4  a recollection of his -- the conversation you
5  had with him -- strike that.
6      How did the subject of the timing of
7  Dr. Odidi's awareness come up?
8    A.  He just said it.  He just said it
9  outright.
10   Q.  And he said:  As of October 12,
11  2018, I knew that Andrew Patient had resigned;
12  is that what he said?
13   A.  He didn't say that date.  He said,
14  "I knew about it before the offering."
15   Q.  He knew about what?
16   A.  The fact that Andrew Patient was
17  resigning?
18   Q.  Was going to resign or had resigned?
19   A.  Was going to resign?
20   Q.  Did he say when?
21   A.  He did not say when.
22   Q.  Did he say that he knew when Andrew
23  Patient was going to resign when he had this
24  discussion with you?
25   A.  He said he knew he was resigning at