# EXHIBIT 14

| From: | Alpha Feuerstein <feuerstein@alphacapital.li> |
|---|---|
| Sent: | Friday, October 12, 2018 12:51 PM |
| To: | Ari Rabinowitz |
| Subject: | AW: Re: new deal IPCI |

Thx!

Von meinem Samsung Gerät gesendet.

-------- Ursprüngliche Nachricht --------
Von: Ari Rabinowitz <arabin@lhfin.com>
Datum: 12.10.18 13:55 (GMT+01:00)
An: Nicola Feuerstein <feuerstein@alphacapital.li>
Cc: info@alphacapital.li, 'Konrad Ackermann' <ackermann@alphacapital.li>
Betreff: Re: new deal IPCI

15m

Get Outlook for iOS

**From:** Nicola Feuerstein <feuerstein@alphacapital.li>
**Sent:** Friday, October 12, 2018 5:58:53 AM
**To:** Ari Rabinowitz
**Cc:** info@alphacapital.li; 'Konrad Ackermann'
**Subject:** AW: new deal IPCI

Hi Arie,

In total how much capital are they seeking?

Best regards,

Nicola

1

ALPHA CAPITAL ANSTALT

Lettstrasse 32

9490 Vaduz

Principality of Liechtenstein

Tel: +423 232 31 95

Fax: +423 232 31 96

e-mail: info@alphacapital.li

---

**Von:** Ari Rabinowitz [mailto:arabin@lhfin.com]
**Gesendet:** Donnerstag, 11. Oktober 2018 20:08
**An:** info@alphacapital.li; 'David Schlaff (davidschlaff@gmail.com)' <davidschlaff@gmail.com>; 'koni.ackermann@bluewin.ch (feuerstein@alphacapital.li)' <feuerstein@alphacapital.li>; Konrad Ackermann <ackermann@alphacapital.li>
**Betreff:** new deal IPCI


Dear Gentlemen ,


Please see attached new deal .


This is a shelf being done at really low valuation .


We are recommending $2M


Best Regards

2

CONFIDENTIAL    AIPCI00000602

Arie

Arie Rabinowitz

LH Financial Services Corp

510 Madison Ave

14th Floor,

NY NY 10022

212-586-8224

This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

CONFIDENTIAL

AIPCI00000603