# EXHIBIT 13



Andrew Patient <apatient012@gmail.com>

**Offer of employment**

**Andrew Patient** <apatient012@gmail.com>  Mon, Sep 17, 2018 at 2:53 PM
To: David Kohler <dkohler@mimisrock.com>

Hi David,

See signed employment letter attached.  I had a couple of questions but we can sort those out later. Hopefully I can make this a smooth transition.

Didnt mean to take this long to get it back today - been a crazy day.  Looking forward to getting started!

Regards,

Andrew

On Thu, Sep 13, 2018 at 3:19 PM, David Kohler <dkohler@mimisrock.com> wrote:

> Andrew,
>
> I'm excited to have you join our team.  Attached are a pile of documents.  I thought about holding back a few…but here you go!
>
> Recognizing that I'm working without administrative support, please accept my apologies in advance if there are typos or omissions.
>
> Happy to discuss any/all issues or concerns.
>
> **David Kohler**
>
> CEO | Mimi's Rock Inc.
>
> m: 1.905.330.5081
>
> dkohler@mimisrock.com


**Emp letter signed.pdf**
70K

CONFIDENTIAL  IPCI_0000252

# Mimi's Rock Inc.

Date: Sept 12, 2018

Mr. Andrew Patient

Address: 2012 Schoolmaster Circle, Oakville ON  L6M 3A1

**Private and Confidential**

Dear Andrew,

Mimi's rock Inc. is the Canadian parent company, under which Dr. Tobias GmbH (hereafter called "DTI") operates. DTI is dedicated to the development, promotion and distribution of high quality nutraceutical products, under select private label brands.

We are pleased to confirm our offer of employment with Mimi's Rock Inc., under the terms and conditions outlined below.

1. Commencement date:
   You will commence permanent, full time employment on or about October 9th, 2018 (date to be confirmed).

2. New Employment Orientation:
   On your first day, you will be expected to attend Mimi's Rock Inc.'s offices, for issuance of your computer, benefits forms for completion, equipment and sundries. Orientation and objective setting will be reviewed at that time. On your first day of employment, please provide a void cheque for pay deposit purposes, as well as your social insurance number.

3. Position:
   You will assume the permanent full-time position of Chief Financial Officer, located at (Office location to be provided). In this position you will report to David Kohler, Chief Executive Officer of Mimi's Rock Inc., however you will be expected to develop close working relationships with all members of the Mimi's Rock team. Attached is a copy of the Job Description statement for this role.

4. Compensation:
   You will be paid $225,000.00 per year, inclusive of vacation pay, payable semi-monthly. An annual performance and compensation review will be undertaken following the conclusion of the companies' fiscal year end (December 31st each year), each year. You will however receive your first performance review following three months' service.
5. Benefits:
   Upon enrolment, you will be immediately eligible for our comprehensive benefits package, details shall be provided.
6. Management Incentive Program:
   In this role, you will be eligible to participate in the Mimi's Rock Inc. Annual Incentive Plan (AIP). Attached, please find a copy of the AIP program details. The program provides employees with the opportunity to earn a performance based Annual reward, based on achievement of objectives agreed upon at the start of the fiscal year. The amount of the reward will be calculated as detailed in the AIP plan document. You will be enrolled in the program at the commencement of your employment. The annual program will be pro-rated in your first year, to the nearest quarter.
7. ESOP (Employee Stock Option Program): As a valued member of the Mimi's Rock team, you will be entitled to participate in the ESOP. Your grant will include 200,000 options (at a $1.00 strike price). Full details will be provided.
8. Vacation:
   The Mimi's Rock Inc. vacation year mirrors the fiscal year (January 1st – December 31). You will be entitled to 30 vacation days per fiscal year (pro rated in your year of hire). You are eligible to take vacation upon approval from your supervisor, in accordance with policy. Please note that any vacation time taken but not earned will be deducted upon termination of employment. Unused vacation time may be rolled over from one fiscal year to the next, to a maximum of one week, with permission from your supervisor.
9. Hours of work:
   Normal hours of operation will be from 9 am til 5 pm, Monday to Friday. Given the nature of the business, flexibility in work schedules can be discussed on a case-by-case basis with your direct supervisor.
10. Administration:
    Attached are some forms and information that you must read, sign or complete and return to Mimi's Rock Inc. prior to your first day of employment, including:
    - Code of conduct policy
    - Employee Non-Compete agreement

- Non-disclosure agreement
- Non-solicitation agreement
- Wire and electronics usage policy
- Job Description statement

It is understood that your acceptance of this offer will not violate any employment covenants that you may have with your current or previous employer. If the foregoing is acceptable to you, please sign and return this offer to David Kohler, by 5:00pm on September 17th, 2018.

Andrew, I look forward to the opportunity to work with you and see you succeed in your new role.

Yours truly,

David Kohler

CEO, Mimi's Rock Inc.

I _ANDREW PATIENT_ have been given a copy of this agreement and have read and understood its terms. I hereby accept the terms and conditions of employment outlined above.

Dated this _17th_ day of _September_, 20_18_

_____ABt_____

Name

CONFIDENTIAL