# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ALPHA CAPITAL ANSTALT,

                      Plaintiff,                  19 **CIVIL** 9270 (DLC)

       -against-                    **JUDGMENT**

INTELLIPHARMACEUTICS INTERNATIONAL
INC., ISA ODIDI, AMINA ODIDI, and
ANDREW PATIENT,

                      Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 9, 2021, the Defendants' January 15 motion for summary judgment is granted and Alpha Capital's motion for summary judgment is denied; judgment is entered for the Defendants; accordingly, this case is closed.

**Dated:** New York, New York
         July 12, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                                   Clerk of Court

                                            BY: _____
                                                                  Deputy Clerk